IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:09-CV-362

| | | |
|---|---|---|
| **PAMELA DIANE JONES** | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | **O R D E R** |
| | ) | |
| **MICHAEL J. ASTRUE,** | ) | |
| **Commissioner of Social Security** | ) | |
| Defendant. | ) | |
| | ) | |
| _____ | ) | |

**THIS MATTER** is before the Court on the Plaintiff's Motion to Seal. [Doc. 18].

For the reasons stated in the Plaintiff's Motion, and for cause shown, **IT IS, THEREFORE, ORDERED** that the Plaintiff's Motion to Seal [Doc. 18] is **ALLOWED**, and the Clerk is hereby instructed to place under seal those items previously filed by Plaintiff as her Motion to Receive New and Material Evidence [Doc. 16] and all exhibits thereto. [Docs. 16-1 through 16-13 and Doc. 17-1 through 17-5].

**IT IS SO ORDERED.**

Signed: May 29, 2010

Martin Reidinger
United States District Judge