# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CIVIL CASE NO. 1:09cv362

| | |
|---|---|
| PAMELA DIANE JONES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | **ORDER** |
| MICHAEL J. ASTRUE, ) | |
| COMMISSIONER OF SOCIAL ) | |
| SECURITY, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**THIS MATTER** is before the Court on Plaintiff's Motion to permit certain filings to be made out of time [Doc. 13].

In spite of some errors in the use of the electronic filing system, Plaintiff filed her Motion for Summary Judgment and supporting memorandum [Docs. 14 & 15] simultaneously with the motion under review, and indicates that Defendant consents to the Court's receipt of this untimely filing. [Doc. 13-2].

Pursuant to the original Pretrial Scheduling Order, Plaintiff's Motion for Summary Judgment and supporting memorandum were due to be filed on or before April 8, 2010.

Plaintiff made no filings in this matter by the April 8 deadline. The Court amended the Pretrial Scheduling Order to trigger filing deadlines for

Defendant. A week later, Plaintiff filed this motion and her untimely substantive pleadings, offering inadvertency in case management practices as the reason for missing the deadline.

**FOR CAUSE SHOWN,**

**IT IS, THEREFORE, ORDERED** that Plaintiff's Motion [Doc. 13] is **GRANTED** to the extent that her Motion for Summary Judgment, accompanying memorandum of law, and Motion for Receipt of New Evidence already filed are accepted. This Order does not address the substance of any of these filings.

**IT IS SO ORDERED.**

Signed: August 17, 2010

Martin Reidinger
United States District Judge