**IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:09cv362**

| | |
|---|---|
| **PAMELA DIANE JONES,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **vs.** | ) |
| | ) |
| **MICHAEL J. ASTRUE,** | ) |
| **Commissioner of Social Security,** | ) |
| | ) |
| **Defendant.** | ) |
| | ) |

_____

## J U D G M E N T

For the reasons set forth in the Memorandum and Order filed herewith,

**IT IS, THEREFORE, ORDERED** that the Magistrate Judge's

Memorandum & Recommendation is **ACCEPTED**, Plaintiff's Motion for

Summary Judgment and her Motion and Supplemental Motion to Receive

New and Material Evidence are **DENIED,** Defendant's Motion for Summary

Judgment and Motion to Strike are **DENIED**.

Pursuant to the power of this Court to enter a judgment affirming,

modifying or reversing the decision of the Commissioner under Sentence

Four of 42 U.S.C. § 405(g), the decision of the Commissioner is

**REVERSED**, and this case is hereby **REMANDED** to the Commissioner for

further administrative action consistent herewith and with the

accompanying Memorandum of Decision and Order.

Signed: October 20, 2010

Martin Reidinger
United States District Judge