# United States District Court
# For The Western District of North Carolina
# Asheville Division

PAMELA DIANE JONES,

        Plaintiff(s),                      JUDGMENT IN A CIVIL CASE

vs.                                            1:09cv362

MICHAEL J. ASTRUE,
Commissioner of Social Security
        Defendant(s).

DECISION BY COURT. This action having come before the Court by Motion for Attorney's Fees Under the Equal Access to Justice Act and the Social Security Act, and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 1/19/11 Memorandum of Decision and Order.

                                           Signed: January 19, 2011

                                           Frank G. Johns, Clerk
                                           United States District Court